UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROSELY DE JESUS, <br>     PLAINTIFF | § § § | |
| V. | § | CIVIL ACTION NO. 3:09-CV-00285 |
| | § | |
| ZIAD HUSSEINI, M.D., <br>     DEFENDANT | § § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff ROSELY DEJESUS and Defendant ZIAD HUSSEINI, M.D. in the above entitled and numbered cause and presents this their Agreed Motion to Dismiss With Prejudice, reciting that all matters in controversy against Plaintiff and Defendant have been settled.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant respectfully move the Court to dismiss this cause with prejudice to the re-filing of same, and all costs be taxed against the party incurring same.

Respectfully submitted,

By: _____
Victor Vital
State Bar No. 00794798
victor.vital@bakerbotts.com
Jonathan R. Mureen
State Bar No. 24060313
jon.mureen@bakerbotts.com

Baker Botts, LLP
2001 Ross Ave., Suite 600
Dallas, Texas 75201-2080

214-953-6500 main
214-855-8200 main fax

**ATTORNEYS FOR PLAINTIFF**

**AGREED AS TO FORM AND SUBSTANCE:**

*/s/ Jennette E. DePonte*
Jennette E. DePonte
State Bar No. 00795935
jdeponte@mm-llp.com
Levi G. McCathern, II
State Bar No. 00787990
lmccathern@mm-llp.com

MCCATHERN | MOOTY, LLP
3710 Rawlins St., Suite 1600
Dallas, Texas 75219
214-741-2662 Telephone
214-741-4717 Facsimile

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Agreed Motion to Dismiss* has been furnished to the following counsel for the Plaintiff via facsimile or ECF, on this **25** day of **March**, 2009:

<u>**VIA ECF FILING AND/OR FACSIMILE**</u>
Jennette E. DePonte
Levi G. McCathern
3710 Rawlins, Suite 1600
Dallas, Texas 75219

**ATTORNEYS FOR DEFENDANT**
**ZIAD HUSSEINI, M.D.**

_____
Victor Vital/Jon Mureen