UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| ROSELY DE JESUS,<br>PLAINTIFF | §<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. 3:09-CV-00285 |
| ZIAD HUSSEINI, M.D.,<br>DEFENDANT | §<br>§<br>§ | |

## AGREED ORDER OF DISMISSAL

On this day came on to be heard the request of Plaintiff, ROSELY DE JESUS and Defendant, ZIAD HUSSEINI, M.D. that the claims asserted by Plaintiff against Defendant in the above-styled and numbered cause be dismissed with prejudice to the re-filing of same for the reason that all matters of fact and things in controversy have been fully and finally compromised and settled by and between the parties named herein. The Court is of the opinion and finds that such request should be, in all things, GRANTED. Accordingly,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-styled and numbered cause against Plaintiff and Defendant, are hereby dismissed with prejudice to the re-filing of same or any part thereof.

All costs of court are taxed against the party incurring same, for the collection of which execution may issue. All relief not expressly granted herein is denied.

Signed this 25th day of March, 2009.

*Sam G. Lindsay*
JUDGE PRESIDING

AGREED ORDER OF DISMISSAL
L:\00849\Settlement\Agreed Order to Dismiss.doc

Page 1 of 1

**AGREED AS TO FORM AND SUBSTANCE:**

_____
Victor Vital
State Bar No. 00794798
victor.vital@bakerbotts.com
Jonathan R. Mureen
State Bar No. 24060313
jmureen@bakerbotts.com

Baker Botts, LLP
2001 Ross Ave., Suite 600
Dallas, Texas 75201-2080
214-953-6500 main
214-855-8200 main fax

**ATTORNEYS FOR PLAINTIFF**

_____
Jennette E. DePonte
State Bar No. 00795935
jdeponte@mm-llp.com
Levi G. McCathern, II
State Bar No. 00787990
lmccathern@mm-llp.com

McCathern | Mooty, LLP
3710 Rawlins St., Suite 1600
Dallas, Texas 75219
214-741-2662 Telephone
214-741-4717 Facsimile

**ATTORNEYS FOR DEFENDANT**